IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHEYANNE RIVER CROSBY,**

    **Plaintiff,**

v.                                                     Case No. 1:20-cv-220-AW-MJF

**KILOLO KIJAKAZI, Acting
Commissioner of the Social Security
Administration,**

    **Defendant.**

_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

I have carefully considered the magistrate judge's Report and Recommendation, ECF No. 20, and the Plaintiff's objections, ECF No. 21, which I have considered de novo. I now conclude that the Report and Recommendation should be approved, and it is adopted and incorporated by reference into this order. The clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The clerk will then close the file.

SO ORDERED on May 10, 2022.

                                                  s/ *Allen Winsor*
                                                  United States District Judge